LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
JEFFREY A. CLAUSE (State Bar #299967)
jclause@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**
L. M. a minor, by and through his
Guardian ad Litem, DANIELLE MOYLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. M. a minor, by and through his Guardian ad Litem, DANIELLE MOYLAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DOREL JUVENILE GROUP, INC.,<br><br>　　　　　　　Defendant. | Case No. 3:17-cv-01980-MMC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Maxine M. Chesney<br><br>Action Filed:　February 23, 2017<br>Trial Date:　　June 4, 2018 |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: March 26, 2018         WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____/s/ JEFFREY A. CLAUSE_____
KHALDOUN A. BAGHDADI
JEFFREY A. CLAUSE
Attorneys for Plaintiff
L. M. a minor, by and through his
Guardian ad Litem, DANIELLE MOYLAN

Dated: March 26, 2018         SCHIFF HARDIN LLP

By: _____/s/ MALERIE MA RODDY_____
MALERIE MA RODDY
Attorneys for Defendant DOREL JUVENILE GROUP, INC.

### ORDER

This stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: March 26, 2018

_____
HON. MAXINE M. CHESNEY
United States District Court Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
- CASE NO. 3:17-cv-01980-MMC